IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$16,328.00 IN UNITED STATES CURRENCY,

       Defendant.
_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the Order for Warrant for Arrest of Property *In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the defendant property described in the Verified Complaint for Forfeiture *In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court.

    DONE at Denver, Colorado, this ___ day of _____, 2012.

                                      GREGORY C. LANGHAM
                                      Clerk of the U.S. District Court


                          By: _____
                              Deputy Clerk