IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00358-LTB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$16,328.00 IN UNITED STATES CURRENCY,

    Defendant.

## NOTICE OF COMPLAINT FOR FORFEITURE

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and states:

THAT on February 10, 2012, the United States of America filed a Verified Complaint for Forfeiture *In Rem* pursuant to 21 U.S.C. § 881 for forfeiture of defendant Currency (Doc. 1).

THAT interested parties must be provided with an opportunity to be heard in opposition to the civil complaint for forfeiture pursuant to Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rule G"), and the Federal Rules of Civil Procedure.

THAT any persons claiming or asserting an interest in the above-described property must file their Claim pursuant to Supplemental Rule G(5) with the Clerk of the

1

United States District Court, at 901 19th Street, Denver, Colorado, 80294, by **April 3, 2012**.

THAT pursuant to Supplemental Rule G(5), any Claim filed must: (1) identify the specific property claimed; (2) identify the claimant and state the claimant's interest in that specific property; and (3) be signed by the claimant under penalty of perjury.  If you file a Claim, you must then file an Answer to the Complaint with the Clerk of the United States District Court within **twenty-one (21)** days after filing your Claim.  Copies of these documents must be provided to Assistant United States Attorney Martha A. Paluch, at 1225 17th Street, Suite 700, Denver, Colorado, 80202.

THAT unless all interested parties file their Claims and Answers within the specified time, a default pursuant to Rule 55 of the Federal Rules of Civil Procedure will be noted and forfeiture will be sought of the defendant property.

DATED this 28th day of February, 2012.

                                                Respectfully submitted,

                                                JOHN F. WALSH
                                                United States Attorney

                                  By:  <u>s/ Martha A. Paluch</u>
                                           Martha A. Paluch
                                           Assistant United States Attorney
                                           1225 Seventeenth Street, Ste. 700
                                           Denver, Colorado 80202
                                           Telephone: (303) 454-0100
                                           E-mail: <u>martha.paluch@usdoj.gov</u>
                                           *Attorney for Plaintiff*