IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00358-LTB-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$16,328.00 IN UNITED STATES CURRENCY,

       Defendant.

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on this 28th day of February, 2012, true copies of the Notice of Complaint for Forfeiture, Verified Complaint for Forfeiture *In Rem*, Order for Warrant for Arrest of Property *In Rem*, Warrant for Arrest of Property *In Rem*, and Instructions Regarding Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction were mailed, postage prepaid, in addition to Certified Mail, Return Receipt Requested to:

Thomas P. Hurley, Esq.            Cert Mail # 7010 2780 0002 3338 7403
Godwin, Gilmour & Hurley, LLP
1234 Delaware Avenue
Buffalo, NY  14209
*Attorney for Daniel Colville*

Ian A. Mair                     Cert Mail # 7010 2780 0002 3338 7397
11401 Marks Drive
Conifer, Colorado 80433

1

Maureen J. O'Brien, Esq.                      Cert Mail # 7006 0100 0000 9879 2988
12600 West Colfax, Suite C400
Lakewood, CO  80215
*Attorney for Ian Mair*


                                              s/ *Raisa V. Pitman*
                                              FSA Data Analyst
                                              Office of the U.S. Attorney