IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00358-LTB-BNB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$16,328.00 IN UNITED STATES CURRENCY,

       Defendant.

## SETTLEMENT AGREEMENT

COMES NOW the United States of America by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and Claimant Daniel Colville, through his attorney Thomas P. Hurley, and submit the following Settlement Agreement:

1. The United States' Verified Complaint for Forfeiture *In Rem* was filed on February 20, 2012 (Doc. 1), alleging that defendant $16,328.00 in United States Currency is subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

2. The United States acknowledges that Claimant has an interest in the $16,328.00 in United States Currency.

3. Claimant consents to the forfeiture of $15,828.00 of the subject $16,328.00 in United States Currency pursuant to 21 U.S.C. § 881(a)(6), and that upon entry of a Final Order of Forfeiture, the forfeited property shall be disposed of in accordance with law.

4.  The United States will return to Claimant, through his attorney, $500.00 of the subject $16,328.00 in United States Currency.

5.  Any attorney fees, interest, costs, and fees incurred by the parties will be their sole responsibility and obligation.

6.  The parties forever and irrevocably release each other from any claims, damages, causes of action, whether in law or in equity, or founded in contract, tort, or any other legal or equitable theory, including but not limited to 18 U.S.C. § 983 and 28 U.S.C. § 2465, with respect to the Currency, except for any civil tax liability which the interested parties understand must be handled with the Internal Revenue Service directly.

7.  Should any claims or answers be filed necessitating further administrative or judicial action regarding the subject Currency, Claimant agrees to cooperate fully with the United States in the preparation for, handling of, hearings or trial on such claims or answers, as determined by the United States.

8.  This Settlement Agreement shall bind the agents, principles, affiliates, successors, assigns, personal representatives, heirs, and attorneys of each of the parties to this Settlement Agreement.

9.  This Settlement Agreement shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 regarding the forfeiture of $15,828.00 of the subject $16,328.00 in United States Currency.

10. The filing of this Settlement Agreement does not constitute a dismissal of this action. A Motion for Final Order of Forfeiture resolving all issues in this case is being filed contemporaneously herewith.

DATED: 5/7/12

Martha A. Paluch
Assistant United States Attorney
Office of the United States Attorney
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
FAX: (303) 454-0402
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*

DATED: 4/4/12

Thomas P. Hurley, Esq.
Godwin, Gilmour & Hurley, LLP
1234 Delaware Avenue
Buffalo, New York 14209
Telephone:   (716) 844-8350
E-mail:   thurley@gghlawfirm.net
*Attorney for Claimant Daniel Colville*

DATED: 4/4/12

Daniel Colville
*Claimant*

3