IN THE UNITED STATES DISTRICT COURT
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00358-LTB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$16,328.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT the United States and Daniel Colville through Thomas P. Hurley, Esq., have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute;

THAT no other claims to the defendant property have been filed;

1

THAT upon agreement of the parties, Daniel Colville agrees to forfeit to the United States, $15,828.00 of defendant $16,328.00 in United States Currency, pursuant to 21 U.S.C. § 881, which will be disposed of in accordance with law and the terms of the parties' Settlement Agreement;

THAT upon agreement of the parties, the United States has agreed to return to Daniel Colville, $500.00 of defendant $16,328.00 in United States Currency;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT judgment of forfeiture of $15,828.00 of defendant $16,328.00 in United States Currency shall enter in favor of the United States;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all of defendant $16,328.00 in United States Currency pursuant to 28 U.S.C. § 2465.

SO ORDERED this   9th   day of     May     , 2012.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK
U.S. District Court Senior Judge