IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00358-LTB-BNB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$16,328.00 IN UNITED STATES CURRENCY,

    Defendant.
_____

**JUDGMENT**
_____

    Pursuant to and in accordance with the Default and Final Order of Forfeiture entered by the Honorable Lewis T. Babcock, and Rule 58(a) of the Federal Rules of Civil Procedure, the following JUDGMENT is hereby entered:

    1.    Forfeiture and full legal title of $15,828.00 of defendant $16,328.00 in United States currency.

    2.    The United States may dispose of the above-described forfeited property in accordance with law.

    DATED at Denver, Colorado this 17th of May, 2012.

                              GREGORY C. LANGHAM, CLERK

                              By:   s/ Edward P. Butler
                                      Edward P. Butler,   Deputy Clerk